UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BROADCAST MUSIC, INC.;
THREE WISE BOYS MUSIC, LLC;
SONY/ATV SONGS LLC; and
SCREEN GEMS-EMI MUSIC, INC.,

        Plaintiffs,

v.

K & S GOLF MANAGEMENT, INC d/b/a
ENDICOTT GRILLE;
SCOTT M MACDONALD; and
MAUREEN MACDONALD, each individually

        Defendants.

CIVIL ACTION NO.:

## COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in 22.4 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Three Wise Boys Music, LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6. Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7. Plaintiff Screen Gems-EMI Music Inc. is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Defendant K & S Golf Management, Inc is a corporation organized and existing under the laws of the state of Massachusetts, having its principal office at 67 Bennett Hill Road, Rowley, MA 01969. It operates, maintains and controls an establishment known as Endicott Grille, located at 194 Endicott St., Danvers, MA 01923, in this district (the "Establishment,").

9. In connection with the operation of the Establishment, Defendant K & S Golf Management, Inc publicly performs musical compositions and/or causes musical compositions to be publicly performed.

10. Defendant K & S Golf Management, Inc has a direct financial interest in the Establishment.

11. Defendant Scott M. MacDonald is President of Defendant K & S Golf Management, Inc. with responsibility for the operation and management of that corporation and the Establishment. He is a resident of Massachusetts having an address at 67 Bennett Hill Road, Rowley, MA 01969.

12. Defendant Scott M. MacDonald has the right and ability to supervise the activities of Defendant K & S Golf Management, Inc and a direct financial interest in that corporation and the Establishment.

13. Defendant Maureen MacDonald is Treasurer of Defendant K & S Golf Management, Inc. with responsibility for the operation and management of that corporation and the Establishment. She is a resident of Massachusetts having an address at 67 Bennett Hill Road, Rowley, MA 01969.

14. Defendant Maureen MacDonald has the right and ability to supervise the activities of Defendant K & S Golf Management, Inc and a direct financial interest in that corporation and the Establishment.

CLAIMS OF COPYRIGHT INFRINGEMENT

15. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 14.

16. BMI has reached out to Defendants over fifty (50) times, by phone, mail, and email, in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI

Repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

17. Plaintiffs allege three (3) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

18. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the three (3) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

19. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

20. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all

respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

21. For each work identified on the Schedule, on the date(s) listed on Line 7 Plaintiff BMI was (and it still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7 the Plaintiff(s) listed on Line 4 was (and it still is) the owner of the copyright in the respective musical composition listed on Line 2.

22. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

23. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

     (II)    Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

     (III)    Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

     (IV)    Plaintiffs have such other and further relief as is just and equitable.

Respectfully submitted:

Date:   January 30, 2025

BROADCAST MUSIC, INC., et al,
Plaintiffs,

By their attorney(s),

/s/ William S. Strong
William S. Strong, Esq., BBO #483520
KOTIN, CRABTREE & STRONG, LLP
2223 Washington St., Suite 101
Newton, MA 02462
Tel: (617) 227-7031
Fax: (617) 367-2988
wstrong@kcslegal.com

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Bule Bule a/k/a Wooly Bully |
| Line 3 | Writer(s) | Domingo Samudio |
| Line 4 | Publisher Plaintiff(s) | Three Wise Boys Music, LLC; Sony/ATV Songs LLC |
| Line 5 | Date(s) of Registration | 12/21/64 |
| Line 6 | Registration No(s). | Eu 870480 |
| Line 7 | Date(s) of Infringement | 10/30/2024 |
| Line 8 | Place of Infringement | Endicott Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Daydream Believer |
| Line 3 | Writer(s) | John Stewart |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music Inc. |
| Line 5 | Date(s) of Registration | 11/13/67   12/15/67 |
| Line 6 | Registration No(s). | Eu 24395   Ep 239468 |
| Line 7 | Date(s) of Infringement | 10/30/2024 |
| Line 8 | Place of Infringement | Endicott Grille |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Hooked On A Feeling |
| Line 3 | Writer(s) | Mark James |
| Line 4 | Publisher Plaintiff(s) | Screen Gems-EMI Music, Inc. |
| Line 5 | Date(s) of Registration | 9/17/68 |
| Line 6 | Registration No(s). | Ep 249766 |
| Line 7 | Date(s) of Infringement | 10/30/2024 |
| Line 8 | Place of Infringement | Endicott Grille |